# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00579-CR

**Ex parte Gerald Van Brackle**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 403RD JUDICIAL DISTRICT
### NO. 03-904085, 9034085, HONORABLE BRENDA KENNEDY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The State has filed a motion to dismiss this appeal. Attached to the motion is a copy of a death certificate showing that appellant Gerald Van Brackle died on April 20, 2007.

The motion is granted in part. The appeal is permanently abated. Tex. R. App. P. 7.1(a)(2).

_____

Diane Henson, Justice

Before Chief Justice Law, Justices Waldrop and Henson

Permanently Abated

Filed: July 23, 2007

Do Not Publish